PROB 12C
(6/16)

Report Date: November 28, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Damien McLean         Case Number: 0980 2:17CR00208-TOR-4

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 3, 2018

Original Offense:        Misprision of Felony, 18 U.S.C. § 4

Original Sentence:       Prison - 5 Days              Type of Supervision: Supervised Release
                         TSR - 12 Months

Asst. U.S. Attorney:     Timothy Ohms                 Date Supervision Commenced: July 3, 2018

Defense Attorney:        Gordon Stoa                  Date Supervision Expires: July 2, 2019

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. McLean violated his supervised release by using methamphetamine on November 13, 2018. |
| | On July 6, 2018, Mr. McLean participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. McLean signed a copy of the conditions of supervision acknowledging his understanding of those conditions. |
| | On November 13, 2018, Mr. McLean submitted a urinalysis that tested presumptive positive for methamphetamine. On November 13, 2018, Mr. McLean denied any illicit drug use to the undersigned, and the presumptive positive sample was sent to the laboratory for confirmation. On November 21, 2018, the sample was confirmed positive for methamphetamine. |

Prob12C
**Re: McLean, Peter Damien**
**November 28, 2018**
**Page 2**

On November 23, 2018, Mr. McLean reported to the U.S. Probation Office and apologized for his initial dishonesty and admitted to the undersigned, and via a signed document, that he used methamphetamine on November 13, 2018.

2   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. McLean violated his supervised release by using methamphetamine on November 20, 2018.

On July 6, 2018, Mr. McLean participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. McLean signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On November 23, 2018, Mr McLean admitted to the undersigned, and via a signed document, that he last used methamphetamine on November 20, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/28/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

November 29, 2018
Date